# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| KURT BEATHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-cv-01352 |
| ) | |
| LARRY LYONS, in his individual capacity ) | |
| BROCK SPACK, in his individual and ) | |
| official capacity as Head Football Coach at ) | |
| Illinois State University, and KYLE ) | |
| BRENNAN in his official capacity as ) | |
| Athletic Director at Illinois State ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Larry Lyons and Brock Spack, Defendants in the above named case, appeal to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on August 11, 2022 (Doc. 24) denying Defendants Lyons and Spack qualified immunity with respect to the individual-capacity claim against them.

Dated:  September 8, 2022

                                        Respectfully submitted,

                                        /s/ Peter G. Land

                                        PETER G. LAND – *counsel of record*
                                        MARY E. DEWEESE
                                        HUSCH BLACKWELL LLP
                                        120 South Riverside Plaza
                                        Chicago, Illinois 60606
                                        (312) 655-1500
                                        (312) 655-1501 (FAX)
                                        peter.land@huschblackwell.com
                                        mary.deweese@huschblackwell.com

2

        MICHAEL T. RAUPP
        HUSCH BLACKWELL LLP
        4801 Main, Suite 1000
        Kansas City, Missouri 64112
        (816) 983-8000
        (816) 983-8080 (FAX)
        michael.raupp@huschblackwell.com

2

HB: 4856-1068-0111.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 8th day of September, 2022:

Douglas A. Churdar
Churdar Law Firm
304 Pettigru Street
Greenville, SC 29601
(864) 233-0203
(864) 233-3020 (FAX)
dachurdar@churdarlaw.com

Adam W. Ghrist
Finegan, Rinker & Christ
11 W. Front Street
Bloomington, IL 61701
(309) 827-0388
(309) 829-3352 (FAX)
adam@frglawfirm.com

/s/ Peter G. Land

HB: 4856-1068-0111.1