IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KURT BEATHARD,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LARRY LYONS, in his individual capacity, BROCK SPACK, in his individual and official capacity as Head Football Coach at Illinois State University, and KYLE BRENNAN in his official capacity as Athletic Director at Illinois State University,<br>　　　　　　　　Defendants. | Civil Action No. 1:21-cv-01352-JES-JEH<br><br><br>MOTION FOR ORDER OF PROTECTION |

　　　　Counsel for Plaintiff hereby moves the Court for an Order protecting this case from being called for trial for the following dates:

1. 6/30/23 to 7/5/23.
2. 7/22/23 to 7/30/23.
3. 8/26/23 to 9/2/23.
4. 10/6/23 to 10/21/23.
5. 11/9/23 to 11/12/23.
6. 12/7/23 to 12/10/23.
7. 1/26/24 to 2/5/24.

Counsel for Plaintiff has prearranged personal leave and family vacation scheduled for these dates and would need a week upon his return to finalize preparation for trial.

By: s/ Douglas A. Churdar　　　　　　
CHURDAR LAW FIRM
Douglas A. Churdar (Fed. No. 5220)
304 Pettigru Street
Greenville, SC  29601
Phone: (864) 233-0203
Fax:　 (864) 233-3020
Email: dachurdar@churdarlaw.com

By: s/ Adam W. Ghrist
FINEGAN, RINKER & GHRIST
Adam W. Ghrist (ARDC 6292879)
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Fax: (309) 829-3352
Email:  adam@frglawfirm.com

*Attorneys for Plaintiff*