## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| KURT BEATHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-01352 |
| ) | |
| LARRY LYONS, in his individual capacity ) | |
| BROCK SPACK, in his individual and ) | |
| official capacity as Head Football Coach at ) | |
| Illinois State University, and KYLE ) | |
| BRENNAN in his official capacity as ) | |
| Athletic Director at Illinois State ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff Kurt Beathard ("Plaintiff") and Defendants Larry Lyons, Brock Spack, and Kyle Brennan (collectively, the "Defendants"), by and through their respective counsel, respectfully state as follows pursuant to Judge Hawley's September 26, 2024, Text Order:

On August 11, 2022, the Court issued its Order and Opinion denying Defendants' Motion to Dismiss, which included a denial of qualified immunity with respect to the individual-capacity claim against Lyons and Spack. Doc. 24. Lyons and Spack filed an appeal of the denial of qualified immunity. Defendants filed a motion to stay the proceedings in the District Court pending resolution of the appeal. Doc. 31. The motion to stay was granted on October 11, 2022.

Oral argument was held before the Seventh Circuit on April 9, 2024, and the appeal has been taken under advisement. The matter remains under advisement at this time, and there are no further updates. *See also* Doc. 40 (April 19, 2024 Joint Status Report); Doc. 41 (July 22, 2024 Joint Status Report); Doc. 42 (September 25, 2024 Joint Status Report).

Respectfully submitted,

/s/ *Douglas Churdar*

DOUGLAS A. CHURDAR
CHURDAR LAW FIRM
304 Pettigru Street
Greenville, SC 29601
(864) 233-0203
(864) 233-3020
dachurdar@churdarlaw.com

/s/ *Peter Land*

PETER LAND
MARY E. DEWEESE
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Chicago, Illinois 60606
(312) 655-1500
(312) 655-1501 (FAX)
peter.land@huschblackwell.com
mary.deweese@huschblackwell.com

MICHAEL T. RAUPP
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
michael.raupp@huschblackwell.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 20th day of December, 2024:

DOUGLAS A. CHURDAR
CHURDAR LAW FIRM
304 Pettigru Street
Greenville, SC 29601
(864) 233-0203
(864) 233-3020 (FAX)
dachurdar@churdarlaw.com

/s/ *Peter Land*