# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| KURT BEATHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:21-cv-01352 |
| ) | |
| LARRY LYONS, in his individual capacity ) | |
| BROCK SPACK, in his individual and ) | |
| official capacity as Head Football Coach at ) | |
| Illinois State University, and KYLE ) | |
| BRENNAN in his official capacity as ) | |
| Athletic Director at Illinois State ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff Kurt Beathard ("Plaintiff") and Defendants Larry Lyons, Brock Spack, and Kyle Brennan (collectively, the "Defendants"), by and through their respective counsel, respectfully state as follows pursuant to Judge Hawley's February 24, 2025 Text Order:

On February 27, 2025, the Seventh Circuit ruled that it did not have jurisdiction over Defendants Lyons' and Spacks' appeal, on the grounds that the district court had merely postponed making a decision on qualified immunity. The Seventh Circuit further stated that the district court "has broad discretion to manage discovery (including the imposition of appropriate limits) and to prioritize development of the record as to the issues relevant to the defense of qualified immunity," and that the "district court and the parties may also prioritize a motion for summary judgment focused on qualified immunity without prejudice to a later round of summary judgment focused on other issues."

The Parties intend to jointly confer about a proposed scheduling order to be submitted within 14 days, as well as to confer about the possibility of developing the record as to issues relevant to the issue of qualified immunity.

Dated: March 13, 2025

Respectfully submitted,

/s/ *Douglas Churdar*

DOUGLAS A. CHURDAR
CHURDAR LAW FIRM
304 Pettigru Street
Greenville, SC 29601
(864) 233-0203
(864) 233-3020
dachurdar@churdarlaw.com

/s/ *Peter Land*

PETER LAND
MARY E. DEWEESE
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Chicago, Illinois 60606
(312) 655-1500
(312) 655-1501 (FAX)
peter.land@huschblackwell.com
mary.deweese@huschblackwell.com

MICHAEL T. RAUPP
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
(816) 983-8080 (FAX)
michael.raupp@huschblackwell.com

**CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that she caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 13th day of March, 2025:

DOUGLAS A. CHURDAR
CHURDAR LAW FIRM
304 Pettigru Street
Greenville, SC 29601
(864) 233-0203
(864) 233-3020 (FAX)
dachurdar@churdarlaw.com

              /s/ *Peter Land*