# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| KURT BEATHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-01352 |
| ) | |
| LARRY LYONS, in his individual capacity ) | |
| BROCK SPACK, in his individual and ) | |
| official capacity as Head Football Coach at ) | |
| Illinois State University, and KYLE ) | |
| BRENNAN in his official capacity as ) | |
| Athletic Director at Illinois State ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED DISCOVERY PLAN

Plaintiff Kurt Beathard ("Plaintiff") and Defendants Larry Lyons, Brock Spack, and Kyle Brennan (collectively, the "Defendants"), by and through their respective counsel, having met on April 8, 2025 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Answer on behalf of individual-capacity Defendants: May 8, 2025.[1]

2. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): May 8, 2025.

3. Amendment of the pleadings: June 5, 2025.

4. Joining additional parties: June 5, 2025.

---

[1] Defendants Brock Spack and Kyle Brennan, in their official capacities, filed their Answer and Affirmative Defenses on September 15, 2022. Dkt. 32. Note that this case has been stayed since October 11, 2022 (see Text Order).

5. Close of fact discovery: to allow sufficient time for exchange of written discovery and depositions, including of witnesses involved with the Illinois State University Football Team, the parties suggest setting a deadline for finishing discovery of January 31, 2026. That would allow time for potential depositions of personnel involved with the Football Team outside of the college football season.

6. Dispositive motions: the parties propose a deadline for filing summary judgment motions of 45 days after the close of fact discovery, which would be March 17, 2026.

7. Disclosure of Plaintiff's experts: Plaintiff anticipates retaining an expert regarding damages issues and would prefer to make such disclosures after a decision on any summary judgment motion filed by Defendants. The parties suggest a deadline of 30 days after a summary judgment ruling.

8. Disclosure of Plaintiff's expert reports: the parties suggest a deadline of 30 days after disclosure of the identity of Plaintiff's expert.

9. Plaintiff's experts deposed by: the parties suggest a deadline of 45 days after disclosure of Plaintiff's expert report(s).

10. Disclosure of Defendant's experts: the parties suggest a deadline of 30 days after disclosure of plaintiff's expert report(s).

11. Disclosure of Defendant's expert reports: the parties suggest a deadline of 30 days after disclosure of the identity of Defendant's expert.

12. Defendant's experts deposed by: the parties suggest a deadline of 45 days after disclosure of Defendants' expert report(s).

Dated: April 8, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas Churdar* | /s/ *Peter Land* |
| DOUGLAS A. CHURDAR<br>CHURDAR LAW FIRM<br>304 Pettigru Street<br>Greenville, SC 29601<br>(864) 233-0203<br>(864) 233-3020<br>dachurdar@churdarlaw.com | PETER LAND<br>MARY E. DEWEESE<br>HUSCH BLACKWELL LLP<br>120 South Riverside Plaza<br>Chicago, Illinois 60606<br>(312) 655-1500<br>(312) 655-1501 (FAX)<br>peter.land@huschblackwell.com<br>mary.deweese@huschblackwell.com<br><br>MICHAEL T. RAUPP<br>HUSCH BLACKWELL LLP<br>4801 Main, Suite 1000<br>Kansas City, Missouri 64112<br>(816) 983-8000<br>(816) 983-8080 (FAX)<br>michael.raupp@huschblackwell.com |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused the foregoing document to be filed with the Clerk of the court using the CM/ECF system, which will send electronic notification to all registered counsel of record this 8th day of April, 2025:

DOUGLAS A. CHURDAR
CHURDAR LAW FIRM
304 Pettigru Street
Greenville, SC 29601
(864) 233-0203
(864) 233-3020 (FAX)
dachurdar@churdarlaw.com

/s/ *Peter Land*