IN THE UNITED STATES DISTRIC COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KURT BEATHARD,

               Plaintiff,

v.

LARRY LYONS, in his individual capacity, BROCK SPACK, in his individual and official capacity as Head Football Coach at Illinois State University, and JERI BEGGS in her official capacity as Athletic Director at Illinois State University,

               Defendants.

Civil Action No. 1:21-cv-01352-MMM

## PLAINTIFF'S INITIAL DISCLOSURES

    COMES NOW, Plaintiff, Kurt Beathard, pursuant to Local Rule 26.1 and Federal Rule of Civil Procedure (26)(a), hereby provides the following Initial Disclosures:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    (1)  Kurt Beathard.
         c/o Douglas Churdar
         601 E. McBee Ave., Ste. 109
         Greenville, SC  29615
         864-233-0203

         Kurth Beathard will testify regarding the allegations contained in the complaint.

    (2)  Ross Vancil
         c/o Douglas Churdar
         601 E. McBee Ave., Ste. 109
         Greenville, SC  29615
         864-233-0203

         Ross Vancil is a student at ISU and may testify regarding posters, stickers, and flyers seen on ISU employees' office doors.

    (3) All Defendants
       c/o Peter Lands
          Mary DeWeese
       120 South Riverside Plaza
       Chicago, IL 60606
       312-655-1500

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment

    (1) Photo of Black Lives Matter poster depicting ISU Athletic students.

    (2) Photo of "All Lives Matter to Our Lord and Savior Jesus Christ" poster written by Kurt Beathard.

    (3) Letter by Larry Lyons dated 11/11/2019 confirming renewal of Kurt Beathard's employment contract 1/1/2020 to 12/31/2020.

    (4) Email by Emily Newsome dated 9/4/2020 to Kurt Beathard regarding work from home agreement.

    (5) Final Report from ISU Office of Equal Opportunity and Access dated 11/17/2020.

    (6) Photos of posters, stickers, and flyers on ISU employees' office doors.

    (7) Copies of newspaper articles regarding unrest and boycotts at ISU and Larry Lyons and Kurt Beathard.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Plaintiff's computation of damages claimed are as follows:

Back pay: not calculated.

Front pay: not calculated.

Loss of benefits: not calculated.

Mental pain and suffering: not calculated.

Punitive damages: not calculated.

Plaintiff intends to retain an economist to calculate Kurt Beathard's damages. As soon as any calculation is made by category, Plaintiff will provide the information to Defendants.

D. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

No response is required by Plaintiff.

By: s/ Douglas A. Churdar
UPSTATE LAWYER
Douglas A. Churdar (Fed. No. 5220)
601 E. McBee Ave., Suite 109
Greenville, SC  29601
Phone: (864) 233-0203
Fax:    (864) 233-3020
Email: doug@upstatelawyer.com

By: s/ Adam W. Ghrist
FINEGAN, RINKER & GHRIST
Adam W. Ghrist (ARDC 6292879)
111 W. Front Street
Bloomington, IL  61701
Phone: (309) 827-0388
Fax: (309) 829-3352
Email:  adam@frglawfirm.com

Dated:  May 8, 2025